United States Court of Appeals

Fifth Circuit

**F I L E D**

**June 24, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

Nos. 04-50527 & 04-50591

_____

UNITED STATES OF AMERICA

Plaintiff-Appellee

versus

SAMUEL SALDANA, JR

Defendant-Appellant

--------------------
Appeals from the United States District Court
for the Western District of Texas
(7:03-CR-147-ALL)
--------------------

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that the district court supplement its final

order of judgment and commitment for Samuel Saldana, specifically

setting forth the reasons for which the court upwardly departed in

sentencing the defendant. Although the district court expressed

reasons orally, its original order stated only that it upwardly

departed under U.S.S.G. § 5K2.0, the policy statement that sets

forth the general rules for departure under the United States

Sentencing Guidelines. This general reference does not specify any

particular grounds or reasons for departing or for the extent of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the departure, and thus fails to fulfill the mandatory requirements of 18 U.S.C. § 3553(c)(2) for the sentencing court to commit its reasons for a departure to writing.  Neither is the district court's order sufficiently specific to permit us to determine the reasonableness of the court's departure from the guidelines range. Retaining jurisdiction for further proceedings following remand, this panel remands this case to the district court for the limited purpose of having it render a supplemental order expressing its reasons for upwardly departing.  We request that the court do so as expeditiously as practicable.

REMANDED.